UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
KARL L HEIN  
HOPE W HEIN

Chapter 13

Debtor

Bankruptcy No. 19-11632-ELF

# ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: December 31, 2019

_____  
Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
ALEXANDER G TUTTLE  
TUTTLE LEGAL  
2303 N. BROAD ST  STE 2  
COLMAR, PA 18915-

Debtor:  
KARL L HEIN  
HOPE W HEIN  
211 EAST SUMMIT STREET

SOUDERTON, PA 18964